**O**

# United States District Court
# Central District of California

HEALTHCARE ALLY
MANAGEMENT OF CALIFORNIA,
LLC,

            Plaintiff,

    v.

ARNOLD & PORTER KAYE
SCHOLER LLP et al.,

            Defendants.

Case № 2:23-cv-01935-ODW (SKx)

**ORDER DENYING MOTION TO
DISMISS AS MOOT [11]**

///
///
///
///
///
///
///
///
///
///

Defendant Arnold & Porter Kaye Scholer, LLP filed a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on April 12, 2023.  (ECF No. 11.)  On April 22, 2023, Plaintiff filed a First Amended Complaint.  (ECF No. 12.)  Federal Rule of Civil Procedure 15(a)(1) allows Plaintiff to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Plaintiff's amended complaint was proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

April 24, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**